Alex Nechonechny
c/o Zoe Biel
1478 W. Webster
Chicago, IL  60614


Judge & Dolph
P.O. Box 809180
Chicago, IL 60680


Alex Nechonechny
c/o Zoe Biel
1478 W. Webster
Chicago, IL  60614


Allstate Insurance Co.
c/o Alberto Branwell
1907 W. Chicago Avenue
Chicago, IL  60622


American Credit Systems
400 Lake Street, #111
P.O. Box 72849
Roselle, IL 60172


American Express
P.O. Box 297879
Ft. Lauderdale, FL 33329


Andrew Abrams, Esq.
205 N. Michigan Ave.
Suite 4307
Chicago, IL 60601


Astra Business Services
P.O. Box 11148
Jacksonville, FL 32239


AT&T
P.O. Box 8100
Aurora, IL 60507-8100

Audit Systems, Inc.
3696 Ulmerton Road
#200
Clearwater, FL 33762


Aurora Loan Services
P.O. Box 1706
Scottsbluff, NE 69363


Automatic Icemakers
P.O. Box 5436
Chicago, IL 60680


Baker & Miller
29 N. Wacker Drive
Suite 500
Chicago, IL 60606


Baker & Miller, P.C.
29 W. Wacker Drive
5th Floor
Chicago, IL 60606


BMI
10 Music Square East
Nashville, TN 37203


Brinks Home Security
P.O. Box 660418
Dallas, TX 75266


Cananwill Premium Funding
1234 Market St.
Suite 340
Philadelphia, PA  19107


Capital One VISA
P.O. Box 6492
Carol Stream, IL 60197

CBE Group, Inc.
Payment Processing Center
P.O. Box 2337
Waterloo, IA 50704-2337

Central Beverage Co.
2601 S. 25th Ave.
Broadview, IL 60155

Central ICR
P.O. Box 531
7941 W. Ogden Ave.
Lyons, IL 60534

Chase Visa
P.O. Box 15153
Wilmington, DE 19886

Citi Mortgage, Inc.
P.O. Box 9438
Gaithersburg, MD

City of Chicago
Department of Revenue
333 S. State Street
Suite 300
Chicago, IL 60604

Citysearch.com
8833 W. Sunset Blvd.
West Hollywood, CA 90069

Coca Cola
521 Lake Kathy Drive
Brandon, FL 33510

Codilis & Assoc.
15W030 N. Frontage Rd.
Suite 100
Burr Ridge, IL 60527

Collectech Systems
P.O. Box 361567
Columbus, OH 43236

Comcast Cable
P.O. Box 3002
Southeastern, PA 19398

ComEd
Chicag, IL 60668

Credit Collection Services
2 Wells Ave.
Dpt. 9135
Newton, MA 02459

Credit Mediators, Inc.
P.O. Box 456
Upper Darby, PA 19082

Direct TV
P.O. Box 60036
Los Angeles, CA 90060

Direct TV
P.O. Box 78626
Phoenix, AZ 85062-8626

Discover Bank
PO Box 3025
New Albany OH  43054-3025

Discover Card
P.O. Box 30943
Salt Lake City, UT 84130

First Data Services
P.O. Box 17548
Denver, CO 80217


First Equity Visa
P.O. Box 23029
Columbus, GA 31902


GC Services Limited Part.
6330 Gulfton
Houston, TX 77081


GE Money Bank
P.O. Box 960061
Orlando, FL 32896


Gregory Dalphond
Kevin Lakin
2700 W. Chicago Avenue
Unit 2F
Chicago, IL  60622


Guaranty Bank
P.O. Box 2930
Milwaukee, WI


Hartford Meiers, Inc.
One Westbrook Corp. Center
Westchester, IL 60154


Home Depot
CitiBank NA
PO Box 7032
Sioux Falls, SD  57117-7032


Illinois Department of
Employment Security
P.O. Box 3637
Springfield, IL 62708

Illinois Department of Revenue
Banruptcy Unit
Level 7-125
100 Randolph Street
Chicago, IL  60601


Infinity Group Receivables
3175 Satellite Blvd.
Bldg. 600, Suite 340
Duluth, GA 30096


Innovative Bank
Soho Loans
360 14th Street
Oakland, CA 94612


Internal Revenue Service
PO Box 7346
Philadephia, PA 19101-7346


JR Bakery
2841 W. Howard Street
Chicago, IL 60645


Stanley's Brick & Restoration
2825 N. Hamlin Ave.
Chicago, IL 60618


Law Offices of James A. West P.C.
6380 Rogerdale Rd.
#130
Houston, TX 77072


Longo & Siefer
The Coffee & Tea Exchange
4880 W. Grand Ave.
Chicago, IL 60639


Marc S. Lichtman
222 N. LaSalle Street
Suite 200
Chicago, IL 60601

Marcus Kawakami
2700 W. Chicago Avenue
Unit 1R
Chicago, IL  60622


Mickeys Linen
4601 W. Addison
Chicago, IL 60641


Micros
7031 Columbia Gateway Dr.
Columbia, MD 21046


Murphy Lomon & Assoc.
P.O. Box 2206
Des Plaines, IL 60017


NCO Financial Systems
P.O. Box 15889
Wilmington, DE 19850


NCO Financial Systems
P.O. Box 15889
Wilmington, DE 19850-5889


Northland Group
P.O. Box 390846
Minneapolis, MN 55439


Office Max
Retail Services
P.O. Box 17602
Baltimore, MD 21297


Orkin Pest Control
4201 W. 36th Street
Chicago, IL 60632

Patricia Page
2700 W. Chicago Avenue
Unit 2R
Chicago, IL  60622


Patyk Plumbing
7475 Oak Park Ave.
Niles, IL 60714


Paychex, Inc.
P.O. Box 911931
Dallas, TX 75391


PECAD
2675 Paces Ferry Rd. SE
#350
Atlanta, GA 30339


Peoples Gas
Chicago, IL 60687


Pinnacle Credit Services
c/o Sage Capital Recovery
1040 Kings Highway N.
Cherry Hill, NC 08034


Pioneer Credit Recovery, Inc.
P.O. Box 189
Arcada, NY 14009


Prime Time Sports
2819 Kirchoff Road
Rolling Meadows, IL 60008


Professional Recovery Consultants
2700 Meridian Parkway
Suite 200
Durham, NC 27713

Rollins Service Bureau
P.O. Box 1415
Atlanta, GA 30301


Rollins, Inc.



Roman Heating & Cooling
1902 N. 72nd Ct.
Elmwood Park, IL 60707


Southern Wine & Spirits
2971 Paysphere Circle
Chicago, IL 60674


Superior Knife Inc.
8120 N. Central Park Ave.
Skokie, Illinois 60076


Supreme Lobster
220 E. North Ave.
Villa Park, IL 60181


Swanel Beverage Inc.
P.O. Box 1186
Hammond, IN 46325


Sysco
P.O. Box 5037
Des Plaines, IL 60117


That's Great News
That's Great PR
P.O. Box 877
Cheshire, CT 06410

The Plitt Company
1455 W. Willow Street
Chicago, IL 60642


Transworld Systems, Inc.
P.O. Box 4903
Trenton, NJ 08650


Trott Nelson P.C.
1550 Spring Road, #225
Oak Brook, IL 60523


Turano Baking Co.
6501 W. Roosevelt Rd.
Berwyn, IL 60402


United Central Bank
16540 S. Halsted Street
Harvey, IL 60426


Universal Assurors Agency
11420 Blondo Street
Suite 103
Omaha, NE 68164-3858


US Food Service
800 Supreme Drive
Bensenville, IL 60106


Vericore
10115 Kincey Ave.
Suite 100
Huntersville, NC 28078


Weltman Weinberg & Reis Co. LPA
323 W. Lakeside Ave.
#200
Cleveland, OH 44113-1009

Windy City Distribution Co.
30W315 Calumet Ave.
Warrenville, IL 60555

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In Re:                                            Bankruptcy Case Number: _____

**Zahed Javan**
**Karen Javan**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____

The above named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Dated:   **5/19/2011**_____        **s/ Zahed Javan**_____
                                                **Zahed Javan**
                                                            Debtor

                                                **s/ Karen Javan**_____
                                                **Karen Javan**
                                                            Joint Debtor

| United States Bankruptcy Court<br>Northern District of Illinois<br>Eastern Division | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Javan, Zahed,** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Javan, Karen,** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all):   **1875** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all):   **8473** |
| Street Address of Debtor (No. & Street, City, and State):<br>**4804 W. Rosemont**<br>**Chicago, IL**     ZIP CODE   **60646** | Street Address of Joint Debtor (No. & Street, City, and State):<br>**4804 W. Rosemont**<br>**Chicago, IL**     ZIP CODE   **60646** |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business:<br>**Cook** |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):     ZIP CODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check **one** box.) | Nature of Business<br>(Check **one** box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check **one** box) |
|---|---|---|
| ☑ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☑ Chapter 7    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9<br>☐ Chapter 11    ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>☐ Chapter 12<br>☐ Chapter 13 |
| | Tax-Exempt Entity<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.) | Nature of Debts<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ☑ Debts are primarily business debts. |

| Filing Fee (Check one box)<br>☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Chapter 11 Debtors<br>Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).<br>Check all applicable boxes<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| Statistical/Administrative Information<br>☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| ☐ 1-49 | ☑ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☑ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☑ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition** | **Name of Debtor(s):** |
|---|---|
| *(This page must be completed and filed in every case)* | Zahed Javan, Karen Javan |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location<br>Where Filed:  **NONE** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual<br>whose debts are primarily consumer debts)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐  Exhibit A is attached and made a part of this petition. | X  **Not Applicable**<br>_____<br>Signature of Attorney for Debtor(s)        Date |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br>☐  Yes, and Exhibit C is attached and made a part of this petition.<br>☑  No |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>☑   Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>☑   Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>**(Check any applicable box)** |
|---|
| ☑   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐   There is a bankruptcy case concerning debtor's affiliate. general partner, or partnership pending in this District.<br><br>☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District. or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>**(Check all applicable boxes.)** |
|---|
| ☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following).<br><br>_____<br>(Name of landlord that obtained judgment)<br><br>_____<br>(Address of landlord)<br><br>☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Zahed Javan, Karen Javan** |

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. |
| [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. | (Check only **one** box.) |
| [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). | ☐ I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by § 1515 of title 11 are attached. |
| I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | ☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the Chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. |

X **s/ Zahed Javan**
_____
Signature of Debtor   **Zahed Javan**

X **s/ Karen Javan**
_____
Signature of Joint Debtor   **Karen Javan**

_____
Telephone Number (If not represented by attorney)
**5/19/2011**
_____
Date

X **Not Applicable**
_____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

| Signature of Attorney | Signature of Non-Attorney Petition Preparer |
|---|---|

X **/s/Robert N. Weiner**
_____
Signature of Attorney for Debtor(s)

**Robert N. Weiner  Bar No. 6182274**
_____
Printed Name of Attorney for Debtor(s) / Bar No.

**Robert N. Weiner, P.C.**
_____
Firm Name

**790 Frontage Road Suite 701**
_____
Address

**Northfield ,IL  60093**
_____

**(847)441-8118          (847)441-4024**
_____
Telephone Number

**5/19/2011**
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

**Not Applicable**
_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X **Not Applicable**
_____
Date

| Signature of Debtor (Corporation/Partnership) | |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **Not Applicable**
_____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# UNITED STATES BANKRUPTCY COURT

## Northern District of Illinois

### Eastern Division

In re    **Zahed Javan   Karen Javan**                                                     Case No. _____
                          Debtor(s)                                                                    *(if known)*

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the **180 days before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

_____

_____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

**B 1D (Official Form 1, Exh. D) (12/09) – Cont.**

☐  4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐  Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐  Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐  Active military duty in a military combat zone.

☐  5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. ' 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **s/ Zahed Javan**
                       **Zahed Javan**

Date:   **5/19/2011**

B 1D (Official Form 1, Exhibit D) (12/09)

# UNITED STATES BANKRUPTCY COURT

## Northern District of Illinois

### Eastern Division

In re   **Zahed Javan   Karen Javan** _____    Case No. _____
                          Debtor(s)                                                                   *(if known)*

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

❏ 2. Within the **180 days before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

❏ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

_____

_____

_____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

**B 1D (Official Form 1, Exh. D)  (12/09) – Cont.**

☐  4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐  Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐  Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐  Active military duty in a military combat zone.

☐  5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. ' 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **s/ Karen Javan**
                       **Karen Javan**

Date:   **5/19/2011**

**B6A (Official Form 6A) (12/07)**

In re:  **Zahed Javan   Karen Javan**                                        Case No. _____
                    **Debtors**                                                                          **(If known)**

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **Multi-Unit Commercial/Residential Building**<br>**2700 W. Chicago**<br>**Chicago, IL 60622** | **Co-Owner** | **H** | **$ 540,000.00** | **$1,180,000.00** |
| **Single-Family Home**<br>**2121 W. Erie Street**<br>**Chicago, IL 60612** | **Fee Owner** | **J** | **$ 340,000.00** | **$ 427,000.00** |
| **Time Share**<br>**Orlando, Florida** | | **J** | **Unknown** | **$     0.00** |

                                                     **Total** ➢ | **0.00** |

                                                     (Report also on Summary of Schedules.)

B6B (Official Form 6B) (12/07)

In re   **Zahed Javan   Karen Javan** _____,   Case No. _____

Debtors   (If known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | | **Cash in Debtor's Possession** | J | 25.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **2700 W. Chicago LLC Checking Account** | H | 60.00 |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **A&Z Nitelife LLC Checking Account** | H | 0.00 |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Account** | J | 260.00 |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **I Fine Checking Account** | J | 0.00 |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Javan LLC Checking Account** | J | 0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **Security Deposit for 4804 W. Rosemont, Chicago, IL  60646** | J | 4,800.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Miscellaneous Household Goods and Furnishings in Debtors' Possession** | J | 1,500.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Misc. Books and Pictures  in Debtors' Possession** | J | 100.00 |
| 6. Wearing apparel. | | **Miscellaneous Wearing Apparel in Debtors' Possession** | J | 500.00 |
| 7. Furs and jewelry. | | **Furs and Jewelry in Debtor's Possession** | J | 500.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **Miscellaneous Hobby Equipment in Debtors' Possession** | H | 100.00 |
| 9. Interests in insurance policies.  Name insurance company of each policy and itemize surrender or refund value of each. | | **Pacific Life Insurance Policy** | H | 0.00 |
| | | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Zahed Javan   Karen Javan** _____,   Case No. _____
                  **Debtors**                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 9. Interests in insurance policies.  Name insurance company of each policy and itemize surrender or refund value of each. | | **Pacific Life Insurance Policy** | W | 4,000.00 |
| 10. Annuities.  Itemize and name each issuer. | | **Prudential Annuity** | H | 10,000.00 |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | | **Educational IRA** | J | 5,390.51 |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **IRA** | H | 3,489.18 |
| Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **IRA** | W | 2,300.00 |
| 13. Stock and interests in incorporated and unincorporated businesses.  Itemize. | | **2700 W. Chicago LLC 50% Interest** | H | 540,000.00 |
| 14. Interests in partnerships or joint ventures.  Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | | **Series EE Patriot Bonds in Debtor's Possession** | W | 1,500.00 |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds.  Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property.  Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles.  Give particulars. | X | | | |
| | | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Zahed Javan    Karen Javan** _____,        Case No. _____
                        Debtors                                                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1989 Jeep Wrangler Automobile in Debtor's Possession** | H | **1,000.00** |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **2001 Jeep Cherokee in Debtor's Possession** | H | **2,000.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

                    __2__  continuation sheets attached              Total    >          **$ 577,524.69**

                                                    (Include amounts from any continuation sheets
                                                    attached. Report total also on Summary of
                                                    Schedules.)

B6C (Official Form 6C) (4/10)

In re   **Zahed Javan   Karen Javan** _____,      Case No. _____
                                    Debtors                                      (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:     ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                         $146,450.*
☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| **1989 Jeep Wrangler Automobile in Debtor's Possession** | **735 ILCS 5/12-1001(c)** | **1,000.00** | **1,000.00** |
| **2001 Jeep Cherokee in Debtor's Possession** | **735 ILCS 5/12-1001(c)** | **2,000.00** | **2,000.00** |
| **2700 W. Chicago LLC Checking Account** | **735 ILCS 5/12-1001(b)** | **60.00** | **60.00** |
| **Checking Account** | **735 ILCS 5/12-1001(b)** | **260.00** | **260.00** |
| **Educational IRA** | **735 ILCS 5/12-704** | **5,390.51** | **5,390.51** |
| **Furs and Jewelry in Debtors' Possession** | **735 ILCS 5/12-1001(b)** | **500.00** | **500.00** |
| **IRA** | **735 ILCS 5/12-704** | **2,300.00** | **2,300.00** |
| **IRA** | **735 ILCS 5/12-704** | **3,489.18** | **3,489.18** |
| **Misc. Books and Pictures  in Debtors' Possession** | **735 ILCS 5/12-1001(b)** | **100.00** | **100.00** |
| **Miscellaneous Hobby Equipment in Debtors' Possession** | **735 ILCS 5/12-1001(b)** | **100.00** | **100.00** |
| **Miscellaneous Household Goods and Furnishings in Debtors' Possession** | **735 ILCS 5/12-1001(b)** | **1,500.00** | **1,500.00** |
| **Miscellaneous Wearing Apparel in Debtors' Possession** | **735 ILCS 5/12-1001(b)** | **500.00** | **500.00** |
| **Pacific Life Insurance Policy** | **215 ILCS 5/238** | **4,000.00** | **4,000.00** |
| **Prudential Annuity** | **215 ILCS 5/238** | **10,000.00** | **10,000.00** |
| **Security Deposit for 4804 W. Rosemont, Chicago, IL  60646** | **735 ILCS 5/12-901** | **4,800.00** | **4,800.00** |
| **Series EE Patriot Bonds in Debtor's Possession** | **735 ILCS 5/12-1001(b)** | **1,500.00** | **1,500.00** |

*\* Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B6D (Official Form 6D) (12/07)

In re  Zahed Javan   Karen Javan _____.   Case No. _____

Debtors                                                                (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  0045697893<br>Aurora Loan Services<br>P.O. Box 1706<br>Scottsbluff, NE 69363 | | J | 03/01/2007<br>Mortgage<br>2121 W. Erie<br>Chicago, IL 60612<br><br>VALUE $340,000.00 | | | | 427,000.00 | 87,000.00 |
| ACCOUNT NO.  2003983830-3<br>Citi Mortgage, Inc.<br>P.O. Box 9438<br>Gaithersburg, MD<br><br>Codilis & Assoc.<br>15W030 N. Frontage Rd.<br>Suite 100<br>Burr Ridge, IL 60527 | | J | 12/01/2006<br>Mortgage<br>2119 W. Erie<br>Chicago, IL 60612<br><br>VALUE $0.00 | | | | 387,000.00 | 0.00 |
| ACCOUNT NO.  0110091956<br>Guaranty Bank<br>P.O. Box 2930<br>Milwaukee, WI<br><br>Universal Assurors Agency<br>11420 Blondo Street<br>Suite 103<br>Omaha, NE 68164-3858 | | J | Mortgage<br>2119 W. Erie<br>Chicago, IL 60612<br><br>VALUE $0.00 | | | | 148,000.00 | 0.00 |

1   continuation sheets
    attached

Subtotal  ➢
(Total of this page)

$   962,000.00 $   87,000.00

Total  ➢
(Use only on last page)

$                $

(Report also on Summary of Schedules)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

**B6D (Official Form 6D) (12/07)- Cont.**

In re    **Zahed Javan    Karen Javan**_____.    Case No. _____
                                    **Debtors**                                                (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **402500** | **X** | **J** | **01/01/2008** <br> **Mortgage** <br> **2700 W. Chicago** <br> **Chicago, Illinois** <br><br> **VALUE $1,080,000.00** | | | | **1,200,000.00** | **120,000.00** |
| **United Central Bank** <br> **16540 S. Halsted Street** <br> **Harvey, IL 60426** <br><br><br> **Andrew Abrams, Esq.** <br> **205 N. Michigan Ave.** <br> **Suite 4307** <br> **Chicago, IL 60601** | | | | | | | | |

Sheet no. _1_ of _1_ continuation
sheets attached to Schedule of
Creditors Holding Secured
Claims

Subtotal  ➤
(Total of this page)

Total  ➤
(Use only on last page)

| | |
|---|---|
| $  **1,200,000.00** | $  **120,000.00** |
| $  **2,162,000.00** | $  **207,000.00** |

(Report also on Summary of
Schedules)

(If applicable, report
also on Statistical
Summary of Certain
Liabilities and
Related Data.)

B6E (Official Form 6E) (4/10)

In re    **Zahed Javan    Karen Javan** _____    Case No. _____

_____

Debtors                                                                                        (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

❑   Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

❑   **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

❑   **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

❑   **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

❑   **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

❑   **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

❑    **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑   **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

❑   **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

❑   **Claims for Death or Personal Injury  While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>1</u>  **continuation sheets attached**

Case 11-21213   Doc 1   Filed 05/19/11   Entered 05/19/11 07:22:50   Desc Main
Document    Page 28 of 79

**B6E (Official Form 6E) (4/10) – Cont.**

In re **Zahed Javan  Karen Javan** _____  Case No. _____
                                  Debtors                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Type of Priority:  Taxes and Certain Other Debts Owed to Governmental Units**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **283381**<br>**City of Chicago Department of Revenue 333 S. State Street Suite 300 Chicago, IL 60604** | | H | **2/2008 Sales Tax** | | | | **Unknown** | **0.00** | **$0.00** |
| ACCOUNT NO. **4526612**<br>**Illinois Department of Employment Security P.O. Box 3637 Springfield, IL 62708** | | H | **02/01/2008 Payroll Taxes** | | | | **27,041.00** | **0.00** | **$0.00** |
| ACCOUNT NO. **1/2010**<br>**Illinois Department of Revenue Banruptcy Unit Level 7-125 100 Randolph Street Chicago, IL  60601** | | J | **Penalties and interest for 2009** | | | | **Unknown** | **0.00** | **$0.00** |
| ACCOUNT NO. **1/2010**<br>**Internal Revenue Service PO Box 7346 Philadephia, PA 19101-7346** | | J | **Peanlties and interest for 2009** | | | | **Unknown** | **0.00** | **$0.00** |

Sheet no. _1_ of _1_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals▸ (Totals of this page)   $ **27,041.00**  $ **0.00**  $ **0.00**

Total  ▸ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)   $ **27,041.00**

Total  ▸ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. )   $ **0.00**  $ **0.00**

B6F (Official Form 6F) (12/07)

In re  **Zahed Javan   Karen Javan** _____    Case No. _____
Debtors                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **12/2007** <br><br>**Alex Nechonechny** <br>**c/o Zoe Biel** <br>**1478 W. Webster** <br>**Chicago, IL  60614** | | **J** | **Breach of Contract** | | | | **Unknown** |
| ACCOUNT NO. <br><br>**Allstate Insurance Co.** <br>**c/o Alberto Branwell** <br>**1907 W. Chicago Avenue** <br>**Chicago, IL  60622** <br><br>**Credit Collection Services** <br>**2 Wells Ave.** <br>**Dpt. 9135** <br>**Newton, MA 02459** | | | **3/2009** <br>**Auto Insurance** | | | | **67.51** |
| ACCOUNT NO.   **3767305331000** <br><br>**American Express** <br>**P.O. Box 297879** <br>**Ft. Lauderdale, FL 33329** <br><br>**Law Offices of James A. West P.C.** <br>**6380 Rogerdale Rd.** <br>**#130** <br>**Houston, TX 77072** | | **H** | **2/2008** <br>**Misc. Goods and Services** | | | | **6,500.00** |
| ACCOUNT NO.   **773-489-6998 231 9** <br><br>**AT&T** <br>**P.O. Box 8100** <br>**Aurora, IL 60507-8100** | | **H** | **02/01/2008** <br>**Business Vendor** | | | | **403.00** |

_14_   Continuation sheets attached

Subtotal ➤  $           **6,970.51**

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Zahed Javan   Karen Javan** _____      Case No. _____
                                    Debtors                                      (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **20199**<br><br>**Automatic Icemakers**<br>**P.O. Box 5436**<br>**Chicago, IL 60680** | | H | **02/01/2008**<br><br>**Business Vendor** | | | | **402.80** |
| ACCOUNT NO.<br><br>**BMI**<br>**10 Music Square East**<br>**Nashville, TN 37203** | | H | **2/2008**<br><br>**Business Vendor** | | | | **Unknown** |
| ACCOUNT NO.   **115504425**<br><br>**Brinks Home Security**<br>**P.O. Box 660418**<br>**Dallas, TX 75266**<br><br><br>**Collectech Systems**<br>**P.O. Box 361567**<br>**Columbus, OH 43236**<br><br>**Audit Systems, Inc.**<br>**3696 Ulmerton Road**<br>**#200**<br>**Clearwater, FL 33762** | | H | **02/01/2008**<br><br>**Security System for Business** | | | | **895.30** |

Sheet no.  1  of  14  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  ➤  $                                    **1,298.10**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Zahed Javan   Karen Javan** _____   Case No. _____
                                    Debtors                                                (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **136567** <br><br> **Cananwill Premium Funding** <br>**1234 Market St.** <br>**Suite 340** <br>**Philadelphia, PA  19107** <br><br> **Murphy Lomon & Assoc.** <br>**P.O. Box 2206** <br>**Des Plaines, IL 60017** | | H | **2/2008** <br><br> **Business Vendor** | | | | **256.00** |
| ACCOUNT NO.   **4802137097642161** <br><br> **Capital One VISA** <br>**P.O. Box 6492** <br>**Carol Stream, IL 60197** <br><br> **Weltman Weinberg & Reis Co. LPA** <br>**323 W. Lakeside Ave.** <br>**#200** <br>**Cleveland, OH 44113-1009** | | H | **02/01/2008** <br><br> **Misc. Goods and Services** | | | | **8,967.00** |
| ACCOUNT NO.   **002700** <br><br> **Central Beverage Co.** <br>**2601 S. 25th Ave.** <br>**Broadview, IL 60155** | | H | **2/2008** <br><br> **Business Vendor** | | | | **80.00** |
| ACCOUNT NO.   **NXXT Restaurant & Bar** <br><br> **Central ICR** <br>**P.O. Box 531** <br>**7941 W. Ogden Ave.** <br>**Lyons, IL 60534** | | H | **11/2007** <br><br> **Business Building Contractor** | | | | **24,590.00** |

Sheet no. _2_ of _14_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $            **33,893.00**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Zahed Javan   Karen Javan**_____      Case No. _____
                                                     **Debtors**                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **4246315143249082**<br>**Chase Visa**<br>**P.O. Box 15153**<br>**Wilmington, DE 19886**<br><br>**Pinnacle Credit Services**<br>**c/o Sage Capital Recovery**<br>**1040 Kings Highway N.**<br>**Cherry Hill, NC 08034** | | H | **2/2008**<br>**Misc. Business Goods and Services** | | | | **8,500.00** |
| ACCOUNT NO.  **16818**<br>**Citysearch.com**<br>**8833 W. Sunset Blvd.**<br>**West Hollywood, CA 90069**<br><br>**Credit Mediators, Inc.**<br>**P.O. Box 456**<br>**Upper Darby, PA 19082** | | H | **02/01/2008**<br>**Business Vendor** | | | | **500.00** |
| ACCOUNT NO.  **000126429**<br>**Coca Cola**<br>**521 Lake Kathy Drive**<br>**Brandon, FL 33510**<br><br>**American Credit Systems**<br>**400 Lake Street, #111**<br>**P.O. Box 72849**<br>**Roselle, IL 60172** | | H | **2/2008**<br>**Businses Vendor** | | | | **1,243.69** |

Sheet no. _3_ of _14_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal   ➤ $         **10,243.69**

Total   ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Zahed Javan   Karen Javan**  _____    Case No. _____
                                  **Debtors**                                                (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **8798300057602800** Comcast Cable P.O. Box 3002 Southeastern, PA 19398 | | H | 02/01/2008 Business Vendor | | | | 200.00 |
| ACCOUNT NO. **5731778023** ComEd Chicag, IL 60668   CBE Group, Inc. Payment Processing Center P.O. Box 2337 Waterloo, IA 50704-2337 | | H | 2/2008 Business Utility | | | | 9,329.66 |
| ACCOUNT NO. **069547666** Direct TV P.O. Box 60036 Los Angeles, CA 90060   NCO Financial Systems P.O. Box 15889 Wilmington, DE 19850   Direct TV P.O. Box 78626 Phoenix, AZ 85062-8626 | | H | 02/01/2008 Business Vendor | | | | 647.00 |

Sheet no. _4_ of _14_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ **10,176.66**

Total ➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Zahed Javan   Karen Javan**  _____    Case No. _____
                                    Debtors                                            (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **6011398575991718** | | **H** | **2/2008** | | | | **9,609.54** |
| **Discover Bank** **PO Box 3025** **New Albany OH  43054-3025** **Baker & Miller, P.C.** **29 W. Wacker Drive** **5th Floor** **Chicago, IL 60606** | | | **Misc. Goods and Services** | | | | |
| ACCOUNT NO.  **6011007604860311** | | **W** | **02/01/2008** | | | | **12,128.00** |
| **Discover Card** **P.O. Box 30943** **Salt Lake City, UT 84130** **Baker & Miller** **29 N. Wacker Drive** **Suite 500** **Chicago, IL 60606** | | | **Misc. Goods and Services** | | | | |
| ACCOUNT NO.  **431263143882** | | **H** | **2/2008** | | | | **285.00** |
| **First Data Services** **P.O. Box 17548** **Denver, CO 80217** **Transworld Systems, Inc.** **P.O. Box 4903** **Trenton, NJ 08650** | | | **Business Vendor** | | | | |

Sheet no.  5 of 14 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $  **22,022.54**

Total  ➤  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Zahed Javan   Karen Javan** _____     Case No. _____
                                    **Debtors**                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **120002668033**<br>**First Equity Visa**<br>P.O. Box 23029<br>Columbus, GA 31902<br><br>**Astra Business Services**<br>P.O. Box 11148<br>Jacksonville, FL 32239 | | H | 02/01/2008<br>**Misc. Business Goods and Services** | | | | 944.00 |
| ACCOUNT NO. **6019180041757549**<br>**GE Money Bank**<br>P.O. Box 960061<br>Orlando, FL 32896<br><br>**Northland Group**<br>P.O. Box 390846<br>Minneapolis, MN 55439 | | H | 7/2007<br>**Misc. Business Goods and Services** | | | | 4,000.00 |
| ACCOUNT NO.<br>**Gregory Dalphond**<br>**Kevin Lakin**<br>2700 W. Chicago Avenue<br>Unit 2F<br>Chicago, IL  60622 | | J | 07/01/2007<br>**Security Deposit** | | | | 1,200.00 |

Sheet no.  6 of 14 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  ➤  $   **6,144.00**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Zahed Javan   Karen Javan** _____   Case No. _____
                                              Debtors                                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **6035320260898596** | | H | **4/2001** | | | | **15,000.00** |
| **Home Depot CitiBank NA PO Box 7032 Sioux Falls, SD  57117-7032** **GC Services Limited Part. 6330 Gulfton Houston, TX 77081** **NCO Financial Systems P.O. Box 15889 Wilmington, DE 19850-5889** | | | **Misc. Goods and Services** | | | | |
| ACCOUNT NO.   **618665** | | J | **3/2008** | | | | **40,233.74** |
| **Innovative Bank Soho Loans 360 14th Street Oakland, CA 94612** **Pioneer Credit Recovery, Inc. P.O. Box 189 Arcada, NY 14009** | | | **SBA Loan** | | | | |
| ACCOUNT NO.   **D4088** | | H | **03/01/2008** | | | | **400.00** |
| **JR Bakery 2841 W. Howard Street Chicago, IL 60645** | | | **Business Vendor** | | | | |
| ACCOUNT NO.   **4181** | | H | **2/2008** | | | | **400.00** |
| **Judge & Dolph P.O. Box 809180 Chicago, IL 60680** | | | **Business Vendor** | | | | |

Sheet no.  7 of 14 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  >  $              **56,033.74**

Total  >  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Zahed Javan   Karen Javan** _____   Case No. _____
                                    Debtors                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **MEOWW01** | | H | 02/01/2008 | | | | 100.00 |
| **Longo & Siefer The Coffee & Tea Exchange 4880 W. Grand Ave. Chicago, IL 60639** | | | **Business Vendor** | | | | |
| ACCOUNT NO. | | J | | | | | 1,000.00 |
| **Marcus Kawakami 2700 W. Chicago Avenue Unit 1R Chicago, IL  60622** | | | **Security Deposit** | | | | |
| ACCOUNT NO.   **002501** | | H | 2/2008 | | | | 1,000.00 |
| **Mickeys Linen 4601 W. Addison Chicago, IL 60641** | | | **Business Vendor** | | | | |
| ACCOUNT NO.   **300106** | | H | 02/01/2008 | | | | 336.14 |
| **Micros 7031 Columbia Gateway Dr. Columbia, MD 21046** | | | **Business Vendor** | | | | |
| ACCOUNT NO.   **2736010102258486** | | W | 2/2008 | | | | 703.10 |
| **Office Max Retail Services P.O. Box 17602 Baltimore, MD 21297** | | | **Business Vendor** | | | | |

Sheet no.  8 of 14 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $   **3,139.24**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Zahed Javan   Karen Javan**                              Case No. _____
                                          _____
                                    **Debtors**                        **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **D-9161885** <br><br> **Orkin Pest Control** <br> **4201 W. 36th Street** <br> **Chicago, IL 60632** <br><br><br> **Rollins Service Bureau** <br> **P.O. Box 1415** <br> **Atlanta, GA 30301** | | **H** | **02/01/2008** <br> **Business Vendor** | | | | **165.00** |
| ACCOUNT NO. <br><br> **Patricia Page** <br> **2700 W. Chicago Avenue** <br> **Unit 2R** <br> **Chicago, IL  60622** | | **J** | **Security Deposit** | | | | **1,150.00** |
| ACCOUNT NO.  **2700 W. Chicago Ave.** <br><br> **Patyk Plumbing** <br> **7475 Oak Park Ave.** <br> **Niles, IL 60714** | | **H** | **1/2007** <br> **Business Building Contractor** | | | | **25,000.00** |
| ACCOUNT NO.  **1030FJ31** <br><br> **Paychex, Inc.** <br> **P.O. Box 911931** <br> **Dallas, TX 75391** | | **H** | **01/01/2008** <br> **Business Vendor** | | | | **Unknown** |

Sheet no.  9  of  14  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $  **26,315.00**

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Zahed Javan  Karen Javan** _____    Case No. _____
                                    **Debtors**                                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **500663989**<br><br>**PECAD**<br>**2675 Paces Ferry Rd. SE**<br>**#350**<br>**Atlanta, GA 30339** | | H | **2/2008**<br><br>**Business Vendor** | | | | **1,500.00** |
| ACCOUNT NO. **6-500-4830-2228**<br><br>**Peoples Gas**<br>**Chicago, IL 60687**<br><br><br>**Professional Recovery Consultants**<br>**2700 Meridian Parkway**<br>**Suite 200**<br>**Durham, NC 27713** | | H | **02/01/2008**<br><br>**Business Utility** | | | | **8,037.40** |
| ACCOUNT NO. **Inv. #91654-1**<br><br>**Prime Time Sports**<br>**2819 Kirchoff Road**<br>**Rolling Meadows, IL 60008** | | H | **2/2008**<br><br>**Business Vendor** | | | | **238.90** |
| ACCOUNT NO. **2127617**<br><br>**Rollins, Inc.**<br><br><br>**Infinity Group Receivables**<br>**3175 Satellite Blvd.**<br>**Bldg. 600, Suite 340**<br>**Duluth, GA 30096** | | H | **02/01/2008**<br><br>**Business Vendor** | | | | **165.00** |

Sheet no. _10_ of _14_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $        **9,941.30**

Total ➤ $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Zahed Javan   Karen Javan** _____         Case No. _____
                                    Debtors                                                   (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **2700 W. Chicago Ave.**<br><br>**Roman Heating & Cooling**<br>**1902 N. 72nd Ct.**<br>**Elmwood Park, IL 60707** | | H | 1/2007<br><br>**Business Building Contractor** | | | | 5,000.00 |
| ACCOUNT NO.  **34282**<br><br>**Southern Wine & Spirits**<br>**2971 Paysphere Circle**<br>**Chicago, IL 60674**<br><br><br>**Marc S. Lichtman**<br>**222 N. LaSalle Street**<br>**Suite 200**<br>**Chicago, IL 60601** | | H | 01/01/2008<br><br>**Business Vendor** | | | | 3,500.00 |
| ACCOUNT NO.  **2700 W. Chicago Ave.**<br><br>**Stanley's Brick & Restoration**<br>**2825 N. Hamlin Ave.**<br>**Chicago, IL 60618** | | H | 2/2008<br><br>**Business Building Contractor** | | | | 10,800.00 |
| ACCOUNT NO.  **3049**<br><br>**Superior Knife Inc.**<br>**8120 N. Central Park Ave.**<br>**Skokie, Illinois 60076** | | H | 02/01/2008<br><br>**Business Vendor** | | | | 100.00 |

Sheet no.  11  of  14  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $                   **19,400.00**

Total  ➢  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Zahed Javan   Karen Javan** _____      Case No. _____
                              Debtors                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **394188**<br><br>**Supreme Lobster**<br>**220 E. North Ave.**<br>**Villa Park, IL 60181** | | H | **2/2008**<br><br>**Business Vendor** | | | | **300.00** |
| ACCOUNT NO.   **36504**<br><br>**Swanel Beverage Inc.**<br>**P.O. Box 1186**<br>**Hammond, IN 46325**<br><br>**Vericore**<br>**10115 Kincey Ave.**<br>**Suite 100**<br>**Huntersville, NC 28078** | | H | **02/01/2008**<br><br>**Business Vendor** | | | | **786.00** |
| ACCOUNT NO.   **548214**<br><br>**Sysco**<br>**P.O. Box 5037**<br>**Des Plaines, IL 60117** | | H | **2/2008**<br><br>**Business Vendor** | | | | **450.00** |
| ACCOUNT NO.   **789336**<br><br>**That's Great News**<br>**That's Great PR**<br>**P.O. Box 877**<br>**Cheshire, CT 06410** | | H | **02/01/2008**<br><br>**Business Vendor** | | | | **200.00** |

Sheet no. 12 of 14 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $                    **1,736.00**

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Zahed Javan   Karen Javan** _____       Case No. _____
                                    Debtors                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **NXXT07** <br><br>**The Plitt Company**<br>**1455 W. Willow Street**<br>**Chicago, IL 60642**<br><br><br>**Hartford Meiers, Inc.**<br>**One Westbrook Corp. Center**<br>**Westchester, IL 60154** | | H | **2/2008**<br><br>**Business Vendor** | | | | 4,398.66 |
| ACCOUNT NO.   **10-1198.001** <br><br>**Trott Nelson P.C.**<br>**1550 Spring Road, #225**<br>**Oak Brook, IL 60523** | | J | **2011**<br><br>**Legal Services for 2700 W. Chicago, LLC** | | | | 3,936.50 |
| ACCOUNT NO.   **1022437** <br><br>**Turano Baking Co.**<br>**6501 W. Roosevelt Rd.**<br>**Berwyn, IL 60402** | | H | **2/2008**<br><br>**Business Vendor** | | | | 322.80 |
| ACCOUNT NO.   **30524086** <br><br>**US Food Service**<br>**800 Supreme Drive**<br>**Bensenville, IL 60106** | | H | **02/01/2008**<br><br>**Business Vendor** | | | | 13,327.00 |

Sheet no. _13_ of _14_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $        **21,984.96**

Total  ➢  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Zahed Javan   Karen Javan** _____          Case No. _____
                                            **Debtors**                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **08-1A-80050**<br><br>**Windy City Distribution Co.**<br>**30W315 Calumet Ave.**<br>**Warrenville, IL 60555** | | **H** | **2/2008**<br><br>**Business Vendor** | | | | **400.00** |

Sheet no. <u>14</u> of <u>14</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | **400.00**

Total ➤ | $ | **229,698.74**

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

**Robert N. Weiner   6182274**
**Robert N. Weiner, P.C.**
**790 Frontage Road**
**Suite 701**
**Northfield ,IL  60093**

**(847)441-8118**
**Attorney for the Petitioner(s)**

# UNITED STATES BANKRUPTCY COURT

Northern District of Illinois

Eastern Division

In Re:
Debtor:  **Zahed Javan**
Social Security Number:  **1875**

Joint Debtor:  **Karen Javan**
Social Security Number:  **8473**

Case No:

Chapter  **7**

Numbered Listing of Creditors

| Creditor name and mailing address | Category of Claim | Amount of Claim |
| --- | --- | --- |
| 1.  **Judge & Dolph**<br>**P.O. Box 809180**<br>**Chicago, IL 60680** | **Unsecured Claims** | **$   400.00** |
| 2.  **Alex Nechonechny**<br>**c/o Zoe Biel**<br>**1478 W. Webster**<br>**Chicago, IL  60614** | **Unsecured Claims** | **$     0.00** |
| 3.  **Allstate Insurance Co.**<br>**c/o Alberto Branwell**<br>**1907 W. Chicago Avenue**<br>**Chicago, IL  60622** | **Unsecured Claims** | **$    67.51** |
| 4.  **American Express**<br>**P.O. Box 297879**<br>**Ft. Lauderdale, FL 33329** | **Unsecured Claims** | **$  6,500.00** |
| 5.  **AT&T**<br>**P.O. Box 8100**<br>**Aurora, IL 60507-8100** | **Unsecured Claims** | **$   403.00** |

In re:     **Zahed Javan**
           **Karen Javan**                                   Case No. _____

| 6. | **Aurora Loan Services**<br>**P.O. Box 1706**<br>**Scottsbluff, NE 69363** | **Secured Claims** | **$ 427,000.00** |
|---|---|---|---|
| 7. | **Automatic Icemakers**<br>**P.O. Box 5436**<br>**Chicago, IL 60680** | **Unsecured Claims** | **$     402.80** |
| 8. | **BMI**<br>**10 Music Square East**<br>**Nashville, TN 37203** | **Unsecured Claims** | **$       0.00** |
| 9. | **Brinks Home Security**<br>**P.O. Box 660418**<br>**Dallas, TX 75266** | **Unsecured Claims** | **$     895.30** |
| 10. | **Cananwill Premium Funding**<br>**1234 Market St.**<br>**Suite 340**<br>**Philadelphia, PA  19107** | **Unsecured Claims** | **$     256.00** |
| 11. | **Capital One VISA**<br>**P.O. Box 6492**<br>**Carol Stream, IL 60197** | **Unsecured Claims** | **$  8,967.00** |
| 12. | **Central Beverage Co.**<br>**2601 S. 25th Ave.**<br>**Broadview, IL 60155** | **Unsecured Claims** | **$      80.00** |
| 13. | **Central ICR**<br>**P.O. Box 531**<br>**7941 W. Ogden Ave.**<br>**Lyons, IL 60534** | **Unsecured Claims** | **$ 24,590.00** |
| 14. | **Chase Visa**<br>**P.O. Box 15153**<br>**Wilmington, DE 19886** | **Unsecured Claims** | **$  8,500.00** |

In re:  **Zahed Javan**
        **Karen Javan**

Case No. _____

| | | |
|---|---|---|
| 15. | **Citi Mortgage, Inc.**<br>**P.O. Box 9438**<br>**Gaithersburg, MD** | **Secured Claims** | **$ 387,000.00** |
| 16. | **City of Chicago**<br>**Department of Revenue**<br>**333 S. State Street**<br>**Suite 300**<br>**Chicago, IL 60604** | **Priority Claims** | **$      0.00** |
| 17. | **Citysearch.com**<br>**8833 W. Sunset Blvd.**<br>**West Hollywood, CA 90069** | **Unsecured Claims** | **$    500.00** |
| 18. | **Coca Cola**<br>**521 Lake Kathy Drive**<br>**Brandon, FL 33510** | **Unsecured Claims** | **$  1,243.69** |
| 19. | **Comcast Cable**<br>**P.O. Box 3002**<br>**Southeastern, PA 19398** | **Unsecured Claims** | **$    200.00** |
| 20. | **ComEd**<br>**Chicag, IL 60668** | **Unsecured Claims** | **$  9,329.66** |
| 21. | **Direct TV**<br>**P.O. Box 60036**<br>**Los Angeles, CA 90060** | **Unsecured Claims** | **$    647.00** |
| 22. | **Discover Bank**<br>**PO Box 3025**<br>**New Albany OH  43054-3025** | **Unsecured Claims** | **$  9,609.54** |
| 23. | **Discover Card**<br>**P.O. Box 30943**<br>**Salt Lake City, UT 84130** | **Unsecured Claims** | **$ 12,128.00** |

In re:  **Zahed Javan**
        **Karen Javan**

Case No. _____

| | | | |
|---|---|---|---|
| 24 . | **First Data Services**<br>**P.O. Box 17548**<br>**Denver, CO 80217** | **Unsecured Claims** | **$   285.00** |
| 25 . | **First Equity Visa**<br>**P.O. Box 23029**<br>**Columbus, GA 31902** | **Unsecured Claims** | **$   944.00** |
| 26 . | **GE Money Bank**<br>**P.O. Box 960061**<br>**Orlando, FL 32896** | **Unsecured Claims** | **$  4,000.00** |
| 27 . | **Gregory Dalphond**<br>**Kevin Lakin**<br>**2700 W. Chicago Avenue**<br>**Unit 2F**<br>**Chicago, IL  60622** | **Unsecured Claims** | **$  1,200.00** |
| 28 . | **Guaranty Bank**<br>**P.O. Box 2930**<br>**Milwaukee, WI** | **Secured Claims** | **$ 148,000.00** |
| 29 . | **Home Depot**<br>**CitiBank NA**<br>**PO Box 7032**<br>**Sioux Falls, SD  57117-7032** | **Unsecured Claims** | **$ 15,000.00** |
| 30 . | **Illinois Department of**<br>**Employment Security**<br>**P.O. Box 3637**<br>**Springfield, IL 62708** | **Priority Claims** | **$ 27,041.00** |
| 31 . | **Illinois Department of Revenue**<br>**Banruptcy Unit**<br>**Level 7-125**<br>**100 Randolph Street**<br>**Chicago, IL  60601** | **Priority Claims** | **$    0.00** |
| 32 . | **Innovative Bank**<br>**Soho Loans**<br>**360 14th Street**<br>**Oakland, CA 94612** | **Unsecured Claims** | **$ 40,233.74** |

In re:   **Zahed Javan**
         **Karen Javan**

Case No. _____

| 33. | **Internal Revenue Service**<br>**PO Box 7346**<br>**Philadephia, PA 19101-7346** | **Priority Claims** | **$     0.00** |
|---|---|---|---|
| 34. | **JR Bakery**<br>**2841 W. Howard Street**<br>**Chicago, IL 60645** | **Unsecured Claims** | **$   400.00** |
| 35. | **Stanley's Brick & Restoration**<br>**2825 N. Hamlin Ave.**<br>**Chicago, IL 60618** | **Unsecured Claims** | **$ 10,800.00** |
| 36. | **Longo & Siefer**<br>**The Coffee & Tea Exchange**<br>**4880 W. Grand Ave.**<br>**Chicago, IL 60639** | **Unsecured Claims** | **$   100.00** |
| 37. | **Marcus Kawakami**<br>**2700 W. Chicago Avenue**<br>**Unit 1R**<br>**Chicago, IL  60622** | **Unsecured Claims** | **$ 1,000.00** |
| 38. | **Mickeys Linen**<br>**4601 W. Addison**<br>**Chicago, IL 60641** | **Unsecured Claims** | **$ 1,000.00** |
| 39. | **Micros**<br>**7031 Columbia Gateway Dr.**<br>**Columbia, MD 21046** | **Unsecured Claims** | **$   336.14** |
| 40. | **Office Max**<br>**Retail Services**<br>**P.O. Box 17602**<br>**Baltimore, MD 21297** | **Unsecured Claims** | **$   703.10** |
| 41. | **Orkin Pest Control**<br>**4201 W. 36th Street**<br>**Chicago, IL 60632** | **Unsecured Claims** | **$   165.00** |

In re:  **Zahed Javan**
**Karen Javan**

Case No. _____

| 42 . | **Patricia Page**<br>**2700 W. Chicago Avenue**<br>**Unit 2R**<br>**Chicago, IL  60622** | **Unsecured Claims** | **$  1,150.00** |

| 43 . | **Patyk Plumbing**<br>**7475 Oak Park Ave.**<br>**Niles, IL 60714** | **Unsecured Claims** | **$ 25,000.00** |

| 44 . | **Paychex, Inc.**<br>**P.O. Box 911931**<br>**Dallas, TX 75391** | **Unsecured Claims** | **$      0.00** |

| 45 . | **PECAD**<br>**2675 Paces Ferry Rd. SE**<br>**#350**<br>**Atlanta, GA 30339** | **Unsecured Claims** | **$  1,500.00** |

| 46 . | **Peoples Gas**<br>**Chicago, IL 60687** | **Unsecured Claims** | **$  8,037.40** |

| 47 . | **Prime Time Sports**<br>**2819 Kirchoff Road**<br>**Rolling Meadows, IL 60008** | **Unsecured Claims** | **$    238.90** |

| 48 . | **Rollins, Inc.** | **Unsecured Claims** | **$    165.00** |

| 49 . | **Roman Heating & Cooling**<br>**1902 N. 72nd Ct.**<br>**Elmwood Park, IL 60707** | **Unsecured Claims** | **$  5,000.00** |

| 50 . | **Southern Wine & Spirits**<br>**2971 Paysphere Circle**<br>**Chicago, IL 60674** | **Unsecured Claims** | **$  3,500.00** |

In re:  **Zahed Javan**
**Karen Javan**

Case No. _____

| | | |
|---|---|---|
| 51. | **Superior Knife Inc.**<br>**8120 N. Central Park Ave.**<br>**Skokie, Illinois 60076** | **Unsecured Claims** |
| 52. | **Supreme Lobster**<br>**220 E. North Ave.**<br>**Villa Park, IL 60181** | **Unsecured Claims** |
| 53. | **Swanel Beverage Inc.**<br>**P.O. Box 1186**<br>**Hammond, IN 46325** | **Unsecured Claims** |
| 54. | **Sysco**<br>**P.O. Box 5037**<br>**Des Plaines, IL 60117** | **Unsecured Claims** |
| 55. | **That's Great News**<br>**That's Great PR**<br>**P.O. Box 877**<br>**Cheshire, CT 06410** | **Unsecured Claims** |
| 56. | **The Plitt Company**<br>**1455 W. Willow Street**<br>**Chicago, IL 60642** | **Unsecured Claims** |
| 57. | **Trott Nelson P.C.**<br>**1550 Spring Road, #225**<br>**Oak Brook, IL 60523** | **Unsecured Claims** |
| 58. | **Turano Baking Co.**<br>**6501 W. Roosevelt Rd.**<br>**Berwyn, IL 60402** | **Unsecured Claims** |
| 59. | **United Central Bank**<br>**16540 S. Halsted Street**<br>**Harvey, IL 60426** | **Secured Claims** |

51. **Superior Knife Inc.** — **Unsecured Claims** — $ 100.00
52. **Supreme Lobster** — **Unsecured Claims** — $ 300.00
53. **Swanel Beverage Inc.** — **Unsecured Claims** — $ 786.00
54. **Sysco** — **Unsecured Claims** — $ 450.00
55. **That's Great News** — **Unsecured Claims** — $ 200.00
56. **The Plitt Company** — **Unsecured Claims** — $ 4,398.66
57. **Trott Nelson P.C.** — **Unsecured Claims** — $ 3,936.50
58. **Turano Baking Co.** — **Unsecured Claims** — $ 322.80
59. **United Central Bank** — **Secured Claims** — $1,200,000.00

In re:  **Zahed Javan**
**Karen Javan**

Case No. _____

60 .  **US Food Service**
**800 Supreme Drive**
**Bensenville, IL 60106**

**Unsecured Claims**

**$ 13,327.00**

61 .  **Windy City Distribution Co.**
**30W315 Calumet Ave.**
**Warrenville, IL 60555**

**Unsecured Claims**

**$   400.00**

In re:    **Zahed Javan**
**Karen Javan**

Case No. _____

(The penalty for making a false statement or concealing property is a fine up to $500,000 or
imprisonment for up to 5 years or both.  18 U.S.C. secs. 152 and 3571.)

# DECLARATION

I, **Zahed Javan**, and I, **Karen Javan**, named as debtors in this case, declare under penalty of perjury that we have read the
foregoing Numbered Listing of Creditors, consisting of **8 sheets** (not including this declaration), and that it is true and correct to
the best of our information and belief.

Signature:    **s/ Zahed Javan**_____
**Zahed Javan**

Dated:    **5/19/2011**_____

Signature:    **s/ Karen Javan**_____
**Karen Javan**

Dated:    **5/19/2011**_____

B6G (Official Form 6G) (12/07)

In re:  **Zahed Javan    Karen Javan**                              Case No.  _____
                                    **Debtors**                                              **(If known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **A. Saccone & Sons**<br>**6310 N. Cicero Ave.**<br>**Chicaog, IL 60646** | **Residential Lease for Debtors' Residence at 4804 W. Rosemont, Chicago, IL 60646** |
| **Zahed and Karen Javan**<br>**4804 W. Rosemont**<br>**Chicago, IL  60646** | **Residential lease for 2121 W. Erie, Chicago, IL  60612**<br>**Debtors are landlords** |
| **Zahed and Karen Javan**<br>**4804 W. Rosemont**<br>**Chicago, IL  60646** | **Residential Lease for apartment at 2700 W. Chicago, Chicago, IL**<br>**Debtors are Landlords** |
| **Zahed and Karen Javan**<br>**4804 Rosemont**<br>**Chicago, IL  60646** | **Residential Lease apartment at 2700 W. Chicago Ave., Chicago, IL**<br>**Debtors are Landlords** |
| **Zahed and Karen Javan**<br>**4804 W. Rosemont**<br>**Chicago, IL  60646** | **Residential Lease for apartment located at 2700 W. Chicago, Chicago, IL**<br>**Debtors are Landlords** |

**B6H (Official Form 6H) (12/07)**

In re:  **Zahed Javan    Karen Javan** _____.    Case No. _____
                                            **Debtors**                                              **(If known)**

# SCHEDULE H - CODEBTORS

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Alex Nechonechny**<br>**c/o Zoe Biel**<br>**1478 W. Webster**<br>**Chicago, IL  60614** | **United Central Bank**<br>**16540 S. Halsted Street**<br>**Harvey, IL 60426** |

B6I (Official Form 6I) (12/07)

In re __Zahed Javan Karen Javan_____ Case No. _____
                        **Debtors**                                    (If known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: **Married** | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): | AGE(S): |
| | **Daughter** | **7** |
| | **Son** | **5** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Unemployed** | **Teacher's Aide** |
| Name of Employer | | **St. Helen School** |
| How long employed | | **2 Years** |
| Address of Employer | | **2347 W. Augusta Blvd. Chicago, IL 60622** |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly.) | $ | 0.00 | 2,100.00 |
| 2. Estimate monthly overtime | $ | 0.00 | 0.00 |
| 3. SUBTOTAL | $ | 0.00 | 2,100.00 |
| 4. LESS PAYROLL DEDUCTIONS | | | |
| a. Payroll taxes and social security | $ | 0.00 | 424.00 |
| b. Insurance | $ | 0.00 | 165.00 |
| c. Union dues | $ | 0.00 | 0.00 |
| d. Other (Specify) **Health Insurance** | $ | 0.00 | 165.00 |
| **Wage Garnishment** | $ | 0.00 | 500.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 0.00 | 1,254.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 0.00 | 846.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | 0.00 | 0.00 |
| 8. Income from real property | $ | 5,250.00 | 0.00 |
| 9. Interest and dividends | $ | 0.00 | 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ | 0.00 | 0.00 |
| 11. Social security or other government assistance (Specify) | $ | 0.00 | 0.00 |
| 12. Pension or retirement income | $ | 0.00 | 0.00 |
| 13. Other monthly income (Specify) | $ | 0.00 | 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 5,250.00 | 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | 5,250.00 | 846.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | **$ 6,096.00** | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document.:

**B6I (Official Form 6I) (12/07) - Cont.**

**In re** Zahed Javan Karen Javan _____    **Case No.** _____
            **Debtors**              **(If known)**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

**Rental income will decrease by $3450 within one month as a result of mortgage foreclosure.**

B6J (Official Form 6J) (12/07)

In re <u>Zahed Javan Karen Javan</u> ,                         Case No. _____
                         **Debtors**                                      **(If known)**

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

    Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | | |
|---|---|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ | 3,050.00 |
|    a. Are real estate taxes included?   Yes ✓   No | | | |
|    b. Is property insurance included?   Yes ✓   No _____ | | | |
| 2. Utilities: a. Electricity and heating fuel | | $ | 200.00 |
|    b. Water and sewer | | $ | 10.00 |
|    c. Telephone | | $ | 250.00 |
|    d. Other **Internet/Cable** | | $ | 150.00 |
| 3. Home maintenance (repairs and upkeep) | | $ | 20.00 |
| 4. Food | | $ | 700.00 |
| 5. Clothing | | $ | 200.00 |
| 6. Laundry and dry cleaning | | $ | 0.00 |
| 7. Medical and dental expenses | | $ | 100.00 |
| 8. Transportation (not including car payments) | | $ | 250.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ | 20.00 |
| 10. Charitable contributions | | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | | |
|    a. Homeowner's or renter's | | $ | 0.00 |
|    b. Life | | $ | 50.00 |
|    c. Health | | $ | 0.00 |
|    d. Auto | | $ | 116.00 |
|    e. Other _____ | | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | | |
| (Specify) _____ | | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | | |
|    a. Auto | | $ | 0.00 |
|    b. Other _____ | | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ | 0.00 |
| 17. Other **Children's School Tuititon** | | $ | 464.00 |

| | | |
|---|---|---|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 5,580.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---|
|    a. Average monthly income from Line 15 of Schedule I | $ | 6,096.00 |
|    b. Average monthly expenses from Line 18 above | $ | 5,580.00 |
|    c. Monthly net income (a. minus b.) | $ | 516.00 |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Northern District of Illinois
### Eastern Division

In re  **Zahed Javan    Karen Javan**                                    Case No. _____

                                                    Debtors            Chapter    **7**    _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount | |
|---|---|---|
| Domestic Support Obligations (from Schedule E) | $ | **0.00** |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ | **27,041.00** |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ | **0.00** |
| Student Loan Obligations (from Schedule F) | $ | **0.00** |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E. | $ | **0.00** |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ | **0.00** |
| TOTAL | $ | **27,041.00** |

**State the following:**

| | | |
|---|---|---|
| Average Income (from Schedule I, Line 16) | $ | **6,096.00** |
| Average Expenses (from Schedule J, Line 18) | $ | **5,580.00** |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ | **7,350.00** |

# United States Bankruptcy Court
## Northern District of Illinois
### Eastern Division

In re  **Zahed Javan   Karen Javan**

Debtors

Case No. _____

Chapter  **7** _____

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $   0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $   0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $   0.00 |
| 4. Total from Schedule F | | $   221,803.64 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $   221,803.64 |

B6 Summary (Official Form 6 - Summary) (12/07)

## United States Bankruptcy Court
## Northern District of Illinois
## Eastern Division

In re  **Zahed Javan    Karen Javan**_____,            Case No. _____

_____
Debtors

Chapter     **7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $      880,000.00 | | |
| B - Personal Property | YES | 3 | $      577,524.69 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 2 | | $    2,162,000.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $       27,041.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 15 | | $      229,698.74 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 2 | | | $      6,096.00 |
| J - Current Expenditures of Individual Debtor(s) | YES | 1 | | | $      5,580.00 |
| TOTAL | | 29 | $   1,457,524.69 | $   2,418,739.74 | |

**B6 Declaration (Official Form 6 - Declaration) (12/07)**

In re  <u>Zahed Javan    Karen Javan</u>                                                         Case No. _____

                                   **Debtors**                                                                    **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**31**_____
sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date:  <u>**5/19/2011**</u>                              Signature:  <u>**s/ Zahed Javan**</u>
                                                                    **Zahed Javan**
                                                                        Debtor

Date:  <u>**5/19/2011**</u>                              Signature:  <u>**s/ Karen Javan**</u>
                                                                    **Karen Javan**
                                                                    (Joint Debtor, if any)

                                    [If joint case, both spouses must sign]

---

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.*

B7 (Official Form 7) (4/10)

### UNITED STATES BANKRUPTCY COURT
### Northern District of Illinois
### Eastern Division

In re:   **Zahed Javan    Karen Javan**                                    Case No. _____
                                                          ,
                          Debtors                                              (If known)

# STATEMENT OF FINANCIAL AFFAIRS

### 1.  Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| **7,039.00** | **Payroll from St. Helens, 2347 W. Augusta, Chicago, IL** | **1/1/2009-12/31/2009** |
| **35,400.00** | **Rental Income from 2700 W. Chicago Ave., Chicago, IL** | **1/1/2009-12/31/2009** |
| **46,030.00** | **Rental Income from 2700 W. Chicago, Chicago, IL** | **1/1/2010-12/31/2010** |
| **12,600.00** | **Rental Income 2121 W. Erie Chicago, IL** | **1/1/2010-12/31/2010** |
| **15,000.00** | **Bank of Commerce, 171 E. Irving Park Rd., Wooddale, IL for Husband's Consulting Services** | **January 1 through December 31, 2010** |
| **18,088.00** | **Payroll From St. Helens, 2347 W. Augusta, Chicago** | **1/1/2010-12/31/2010** |
| **9,088.00** | **Payroll from St. Helens, 2347 W. Augusta, Chicago, IL** | **2011 YTD** |
| **16,275.00** | **Rental income from 2700 W. Chicago, Chicago, IL** | **2011 YTD** |
| **9,000.00** | **Rental Income from 2121 W. Erie, Chicago, IL** | **2011 YTD** |

### 2.  Income other than from employment or operation of business

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| **4,640.00** | **Compensation for Child Care Services** | **January 1, 2010 through N** |

### 3.  Payments to creditors

*Complete a. or b., as appropriate, and c.*

None


a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Aurora Loan Services**<br>**P.O. Box 1706**<br>**Scottsbluff, NE 69363** | **February 2011**<br>**March 2011**<br>**April 2011** | **5,400.00** | **427,000.00** |
| **Wells Fargo Visa**<br>**P.O. Box 10347**<br>**Des Moines, IA 50306** | **February 2011**<br>**March 2011**<br>**April 2011** | **313.61** | **0.00** |

None


b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

None

c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

## 4.   Suits and administrative proceedings, executions, garnishments and attachments

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATIO | STATUS OR DISPOSITION |
|---|---|---|---|
| **Razavinejad vs. A&Z Nitelife LLC 2010L001491** | **Breach of Contract** | **Circuit Court of Cook County Chicago, Illinois** | **Dismissed** |
| **Southern Wine & Spirits of Illinois, Inc. vs. A&Z Nitelife LLC and Zahed Javan 2010M1-103741** | **Breach of Contract** | **Circuit Court of Cook County Chicago, IL** | **Judgment** |
| **Central I.C.R. Electric Co. vs. Zahed Javan, et. al. 10CH13758** | **Mechanic's Lien Foreclosure/Mortgage Foreclosure** | **Circuit Court of Cook County Chicago, Illinois** | **Pending** |

None
☐

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Discover Card P.O. Box 30943 Salt Lake City, UT 84130** | **01/01/2011** | **2,218.42** |

## 5.   Repossessions, foreclosures and returns

None
☑

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 6.   Assignments and receiverships

None
☑

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

**4**

None ☑    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND ADDRESS OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

## 7.  Gifts

None ☑    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

## 8.  Losses

None ☑    List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

## 9.  Payments related to debt counseling or bankruptcy

None ❑    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Robert N. Weiner, P.C.** <br> **790 Frontage Road** <br> **Suite 701** <br> **Northfield, IL 60093** | **May 2011** | **3,000.00** |

## 10.  Other transfers

None ☑    a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

None ☑ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR INTEREST IN PROPERTY |
| --- | --- | --- |

## 11.  Closed financial accounts

None ☑ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

## 12.  Safe deposit boxes

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITOR | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

## 13.  Setoffs

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

## 14.  Property held for another person

None ☑ List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

6

## 15.  Prior address of debtor

None  If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the
☐    debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also
      any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **2199 W. Erie**<br>**Chicago, IL 60612** | **Zahed and Karen Javan** | **June 2008 through August**<br>**2008** |
| **2121 W. Erie**<br>**Chicago, IL 60612** | **Zahed and Karen Javan** | **September 2008 through A**<br>**2009** |

## 16.  Spouses and Former Spouses

None  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona,
☑    California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years**
      immediately preceding the commencement of the case, identify the name of the debtor 's spouse and of any former spouse
      who resides or resided with the debtor in the community property state.

NAME

## 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of
hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium,
including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or
formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance,
hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None  a.     List  the  name  and address of every site for which the debtor has received notice in writing by a governmental unit
☑    that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the
      date of the notice, and, if known, the Environmental Law.

| SITE NAME AND<br>ADDRESS | NAME  AND ADDRESS<br>OF GOVERNMENTAL UNIT | DATE OF<br>NOTICE | ENVIRONMENTAL<br>LAW |
|---|---|---|---|

None  b.     List the name and address of every site for which the debtor provided notice to a governmental unit of a release of
☑    Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND<br>ADDRESS | NAME  AND ADDRESS<br>OF GOVERNMENTAL UNIT | DATE OF<br>NOTICE | ENVIRONMENTAL<br>LAW |
|---|---|---|---|

None
☑
c.     List all  judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
| --- | --- | --- |

## 18.  Nature, location and name of business

None
☐
a.  *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses,  taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the  commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
| --- | --- | --- | --- | --- |
| **1 Fine Day, Inc.** | **20-2843026** | | **Real Estate Investment and Consulting** | **05/11/2005** **05/31/2009** |
| **2700 W. Chicago, LLC** | **20-1436715** | | **Property Management Company** | **07/28/2004** |
| **A&Z Nitelife, LLC** | **20-1513141** | | **Tavern and Nightclub** | **08/18/2004** |
| **Javan LLC** | **20-1360624** | | **Real Estate Development** | **05/25/2004** **05/31/2009** |

None
☑
b.      Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
| --- | --- |

## 19.  Books, records and financial statements

None
☐
a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
| --- | --- |
| **Frank T. Karrall Co.** **3805 N. Lincoln Aveneu** **Chicago, IL  60613** | |

8

None ☐    b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| **Frank T. Karall Co.**<br>**3805 N. Lincoln Avenue**<br>**Chicago, IL 60613** | | |

None ☑    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

None ☑    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

## 20. Inventories

None ☑    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ☑    b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

## 21. Current Partners, Officers, Directors and Shareholders

None ☑    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☑    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

## 22. Former partners, officers, directors and shareholders

None ☑    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ☑    b. If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

9

### 23.  Withdrawals from a partnership or distributions by a corporation

None  ☑
If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 24.  Tax Consolidation Group.

None  ☑
If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME  OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

### 25.  Pension Funds.

None  ☑
If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME  OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

* * * * * *

*[if completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.


Date  __5/19/2011_____          Signature       __s/ Zahed Javan_____
                                             of Debtor        **Zahed Javan**


Date  __5/19/2011_____          Signature        __s/ Karen Javan_____
                                             of Joint Debtor   **Karen Javan**
                                             (if any)

B 8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois
## Eastern Division

In re _____,        Case No. _____
            **Zahed Javan    Karen Javan**
                     Debtors                                        Chapter 7

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** – Debts secured by property of the estate. *(Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)*

---

Property No.  1

| Creditor's Name: | Describe Property Securing Debt: |
|---|---|
| **Aurora Loan Services** | **2121 W. Erie** <br> **Chicago, IL 60612** |

Property will be *(check one)*:
- ☐ Surrendered              ☑ Retained

If retaining the property, I intend to *(check at least one)*:
- ☐ Redeem the property
- ☑ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
- ☐ Claimed as exempt                    ☑ Not claimed as exempt

---

Property No.  2

| Creditor's Name: | Describe Property Securing Debt: |
|---|---|
| **Citi Mortgage, Inc.** | **2119 W. Erie** <br> **Chicago, IL 60612** |

Property will be *(check one)*:
- ☑ Surrendered              ☐ Retained

If retaining the property, I intend to *(check at least one)*:
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
- ☐ Claimed as exempt                    ☑ Not claimed as exempt

B 8 (Official Form 8) (12/08)                                                                                    Page 2

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br><br>**Guaranty Bank** | **Describe Property Securing Debt:**<br><br>**2119 W. Erie**<br>**Chicago, IL 60612** |

Property will be *(check one)*:

    ☑ Surrendered        ☐ Retained

If retaining the property, I intend to *(check at least one)*:

    ☐ Redeem the property
    ☐ Reaffirm the debt
    ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
    ☐ Claimed as exempt        ☑ Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br><br>**United Central Bank** | **Describe Property Securing Debt:**<br><br>**2700 W. Chicago**<br>**Chicago, Illinois** |

Property will be *(check one)*:

    ☑ Surrendered        ☐ Retained

If retaining the property, I intend to *(check at least one)*:

    ☐ Redeem the property
    ☐ Reaffirm the debt
    ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
    ☐ Claimed as exempt        ☑ Not claimed as exempt

**PART B** – Personal property subject to unexpired leases. *(All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)*

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br><br>**Zahed and Karen Javan** | **Describe Leased Property:**<br><br>**Residential Lease for apartment located at 2700 W. Chicago, Chicago, IL**<br>**Debtors are Landlords** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES   ☑ NO |

B 8 (Official Form 8) (12/08)

Page 3

| Property No. 2 | | |
|---|---|---|
| **Lessor's Name:**<br><br>**Zahed and Karen Javan** | **Describe Leased Property:**<br><br>**Residential Lease apartment at 2700 W. Chicago Ave., Chicago, IL Debtors are Landlords** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES     ☒ NO |

| Property No. 3 | | |
|---|---|---|
| **Lessor's Name:**<br><br>**Zahed and Karen Javan** | **Describe Leased Property:**<br><br>**Residential Lease for apartment at 2700 W. Chicago, Chicago, IL Debtors are Landlords** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES     ☒ NO |

| Property No. 4 | | |
|---|---|---|
| **Lessor's Name:**<br><br>**A. Saccone & Sons** | **Describe Leased Property:**<br><br>**Residential Lease for Debtors' Residence at 4804 W. Rosemont, Chicago, IL 60646** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☒ YES     ☐ NO |

| Property No. 5 | | |
|---|---|---|
| **Lessor's Name:**<br><br>**Zahed and Karen Javan** | **Describe Leased Property:**<br><br>**Residential lease for 2121 W. Erie, Chicago, IL  60612 Debtors are landlords** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☒ YES     ☐ NO |

_____0_____   continuation sheets attached *(if any)*

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date: **5/19/2011**

**s/ Zahed Javan**
**Zahed Javan**
Signature of Debtor

**s/ Karen Javan**
**Karen Javan**
Signature of Joint Debtor (if any)

Form B1, Exhibit C
(9/01)

# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois
### Eastern Division

Exhibit "C"

*[If, to the best of the debtor's knowledge, the debtor owns or has possession of property that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety, attach this Exhibit "C" to the petition.]*

In re:   **Zahed Javan**

**Karen Javan**

Case No.:

Chapter:   **7**

Debtor(s)

Exhibit "C" to Voluntary Petition

1. Identify and briefly describe all real or personal property owned by or in possession of the debtor that, to the best of the debtor's knowledge, poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):

**N/A**

2. With respect to each parcel of real property or item of personal property identified in question 1, describe the nature and location of the dangerous condition, whether environmental or otherwise, that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):

**N/A**

B21 (Official Form 21) (12/07)

# STATEMENT OF SOCIAL-SECURITY NUMBER OR
# INDIVIDUAL TAXPAYER-IDENTIFICATION NUMBER (ITIN)

## UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois
## Eastern Division

In re  **Zahed Javan**, Debtor ) Case No. _____
)
**Karen Javan**, Joint Debtor ) Chapter   **7**   _____
)
_____ )
)
Address:  **4804 W. Rosemont** )
**Chicago, IL 60646** )
)
_____ )
Last four digits of Social-Security or Individual Taxpayer- )
Identification (ITIN) No(s).,(if any):   **1875, 8473**   \_\_\_\_ )
Employer Tax-Identification (EIN) No(s).(if any): )
_____ )

## STATEMENT OF SOCIAL-SECURITY NUMBER(S)
## (or other Individual Taxpayer-Identification Number(s) (ITIN(s)))

1. Name of Debtor (Last, First, Middle): **Javan, Zahed,** _____

*(Check the appropriate box and, if applicable, provide the required information.)*

☑ Debtor has a Social-Security Number and it is: \_\_**323**\_\_ - \_\_**70**\_\_ - \_\_**1875**\_\_

*(If more than one, state all.)*

❑ Debtor does not have a Social-Security Number but has an Individual Taxpayer-Identification
Number (ITIN), and it is: _____.

*(if more than one, state all. )*

❑ Debtor does not have either a Social-Security Number or an Individual Taxpayer-Identification
Number (ITIN).

2. Name of Joint Debtor (Last, First, Middle): **Javan, Karen,** _____

*(Check the appropriate box and, if applicable, provide the required information.)*

☑ Joint Debtor has a Social-Security Number and it is: \_\_**340**\_\_ - \_\_**72**\_\_ - \_\_**8473**\_\_

*(If more than one, state all.)*

❑ Joint Debtor does not have a Social-Security Number but has an Individual Taxpayer-Identification
Number (ITIN), and it is:_____.

*(if more than one, state all. )*

❑ Joint Debtor does not have either a Social-Security Number or an Individual Taxpayer-Identification
Number (ITIN).

I declare under penalty of perjury that the foregoing is true and correct.

X **s/ Zahed Javan** **5/19/2011**
_____
**Zahed Javan**
Signature of Debtor Date

X **s/ Karen Javan** **5/19/2011**
_____
**Karen Javan**
Signature of Joint Debtor Date

*Joint debtors must provide information for both spouses.*
Penalty for making a false statement: Fine of up to $250,000 or up to 5 years imprisonment or both. 18 U.S.C. §§
152 and 3571.

B 203
(12/94)

## UNITED STATES BANKRUPTCY COURT
### Northern District of Illinois
### Eastern Division

In re:   **Zahed Javan**                    **Karen Javan**                    Case No. _____

                    Debtors                                              Chapter   **7** _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY
# FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s)
   and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be
   paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in
   connection with the bankruptcy case is as follows:

   | | | |
   |---|---|---|
   | For legal services, I have agreed to accept | $ | **3,000.00** |
   | Prior to the filing of this statement I have received | $ | **3,000.00** |
   | Balance Due | $ | **0.00** |

2. The source of compensation paid to me was:

   ☒ Debtor                    ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☐ Debtor                    ☐ Other (specify)

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates
      of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of
      my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is
      attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case,
   including:

   a)   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file
        a petition in bankruptcy;

   b)   Preparation and filing of any petition, schedules, statement of affairs, and plan which may be required;

   c)   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

   d)   [Other provisions as needed]
        **None**

6. By agreement with the debtor(s) the above disclosed fee does not include the following services:

   **Representation of debtors in adversary and other post-petition proceedings**

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for
representation of the debtor(s) in this bankruptcy proceeding.

Dated:  **5/19/2011** _____

                              **/s/Robert N. Weiner** _____
                              **Robert N. Weiner, Bar No.  6182274**

                              **Robert N. Weiner, P.C.**
                              Attorney for Debtor(s)

**B 201A** (Form 201A) (12/09)

---

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days. For further information, see note at bottom of page 2.**

## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
#### EASTERN DIVISION

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

### 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

### 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

**Chapter 7:  Liquidation  ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total fee $299)**

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13:  Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11:  Reorganization  ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12:  Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3.   Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court. The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009.  Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

**B 201B** (Form 201B) (12/09)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re  Zahed Javan
       Karen Javan

_____
                 **Debtor**

Case No. _____

Chapter _____ **7** _____

# CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
# UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certificate of the Debtor

We, the debtors, affirm that we have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

| | |
|---|---|
| **Zahed Javan** | X **s/ Zahed Javan**                                    **5/19/2011** |
| **Karen Javan** | **Zahed Javan** |
| | Signature of Debtor                                        Date |
| Printed Name(s) of Debtor(s) | X **s/ Karen Javan**                                    **5/19/2011** |
| | **Karen Javan** |
| Case No. (if known)  _____ | Signature of Joint Debtor                            Date |

**Instructions**: Attach a copy of Form B 201A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) only if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.